**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17CR182 RLW |
| ) | |
| DAN WANG, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Memorandum, and Report and Recommendation of United States Magistrate Judge Noelle C. Collins (ECF No. 160). Defendant Dan Wang ("Wang") filed a Motion for Transfer of Venue Pursuant to Federal Rules 18 and 21(B) ("Motion to Transfer") (ECF No. 96). The Government filed a response to the Motion to Transfer (ECF No. 109), and Magistrate Judge Collins held an evidentiary hearing on Wang's motion on April 3, 2018 (ECF No. 126).

Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Collins, who filed a Memorandum, and Report and Recommendation on July 6, 2018 (ECF No. 160). The Magistrate Judge recommends that Defendant Wang's Motion to Transfer be denied. Wang filed objections to the Report and Recommendation on July 26, 2018 (ECF No. 169), and the Government filed its response on July 31, 2018 (ECF No. 172). Defendant Wang objects to Magistrate Judge Collins' denial of Wang's Motion to Transfer, arguing that the offense was not committed in this jurisdiction, as required by Fed. R. Crim. P. 18, and venue in the Eastern District of Missouri is improper. The Court finds that Defendant's objections are not persuasive.

Magistrate Judge Collins recommends that the Motion to Transfer be denied. After *de novo* review of this matter, the Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Memorandum, and Report and Recommendation of United States Magistrate Judge Noelle C. Collins as to Defendant Dan Wang (ECF No. 160) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion for Transfer of Venue Pursuant to Federal Rules 18 and 21(B) (ECF No. 96) is **DENIED.**

Dated this 1st day of August, 2018.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**